IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00285-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES CASIMIR BZDEK,

    Defendant.

and

ST. JAMES CATHOLIC CHURCH,

    Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on February 8, 2007 in this case is GRANTED.

ORDERED and entered this 12th day of February, 2007.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE